```
LAWRENCE G. BROWN
Acting United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE OSORIO-REYES )<br>  aka Luis Fuentes Delgado, )<br>)<br>Defendant. )<br>_____) | Case No. 01:09-CR-00149 OWW<br><br>MOTION AND ORDER TO DISMISS<br>INDICTMENT |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, LAWRENCE G. BROWN, Acting United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby seek leave of court and move to dismiss the indictment in this case without prejudice, as to the above-named defendant, in the interest of justice.

DATED: July 1, 2009                     Respectfully submitted,
                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

                                    By: /s/ Ian L. Garriques
                                        IAN L. GARRIQUES
                                        Assistant U.S. Attorney

1

## ORDER

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   July 2, 2009** |    /s/ Oliver W. Wanger   <br>UNITED STATES DISTRICT JUDGE |